THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL CASTANEDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-19-386-R |
| ) | |
| IMMIGRATION CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Mr. Castaneda filed a Complaint entitled Motion to Compel Agency Act against Immigration and Customs Enforcement. (Doc.No. 1). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On June 5, 2019, Judge Erwin issued a Report and Recommendation wherein he recommended this matter be dismissed, because Mr. Castaneda had not paid the filing fee nor sought leave to proceed *in forma pauperis*, despite an Order from Judge Erwin mandating that he undertake such measures not later than May 20, 2019. The May 3, 2019 Order informed Mr. Castaneda that failure to comply by either paying or seeking leave could result in dismissal of the action. The record reflects that Mr. Castaneda has not paid the filing fee, sought leave to proceed *in forma pauperis*, objected to the Report and Recommendation, or sought additional time in which to file an objection. Accordingly, the Report and Recommendation is hereby ADOPTED and this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of June 2019.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE